# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-00039 |
| Plaintiff, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| MELANIE FRANCO RIOS, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for a hearing on January 28, 2025. Defendant appeared with counsel and waived her right to a preliminary hearing. The Court found the waiver to be knowing and voluntary and therefore **ORDERS** that Defendant be bound over to the grand jury to answer the charge.

January 28, 2025

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge