FILED
RICHARD W. NAGEL
CLERK OF COURT

2/5/25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. _____    3:25-cr-11 |
| Plaintiff, | |
| | **JUDGE**    Thomas M. Rose |
| vs. | |
| | **INFORMATION** |
| **MELANIE FRANCO RIOS,** | |
| Defendant. | **8 U.S.C. § 1326(a)** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### [8 U.S.C. § 1326(a)]

On or about January 26, 2025, in the Southern District of Ohio, defendant **MELANIE FRANCO RIOS,** an alien, was found in the United States after having been removed therefrom on or about October 24, 2022, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

The removal of defendant MELANIE FRANCO RIOS, on or about October 24, 2022, at or near Laredo, Texas, was subsequent to a conviction for a felony offense, namely – Misuse of Entry Documents to the United States, in violation of 18 U.S.C. § 1546(a).

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

KENNETH L. PARKER
UNITED STATES ATTORNEY

ELIZABETH L. MCCORMICK (0087862)
Assistant United States Attorney