## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELANIA FRANCO RIOS,<br><br>Defendant. | CASE NO. 3:25-CR-11<br><br>JUDGE THOMAS M. ROSE<br><br>AMENDED INFORMATION<br><br>8 U.S.C. § 1326(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### [8 U.S.C. § 1326(a)]

On or about January 26, 2025, in the Southern District of Ohio, Defendant **MELANIA FRANCO RIOS,** an alien, was found in the United States after having been removed therefrom on or about October 24, 2022, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

The removal of Defendant **MELANIA FRANCO RIOS,** on or about October 24, 2022, at or near Laredo, Texas, was subsequent to a conviction for a felony offense, namely – Misuse of Entry Documents to the United States, in violation of 18 U.S.C. § 1546(a).

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*Elizabeth McCormick*
ELIZABETH L. MCCORMICK (0087862)
**Assistant United States Attorney**